## PURKIS agt. WINDER etc.

George Purkis Substitute of Charles Oughtred Attourny to Samuel Sheafe of London plaint. against the goods or Estate late belonging unto John Winder Merchant in the hands of John Palmer who married with Sarah the Relict and Adm[x] of the Estate of s[d] Winder or whereso-ever else, and the goods or Estate late belonging unto Robert Gibbs Merchant in the hands of Jonathan Curwin who married w[th] Elisabeth the Relict and Adm[x] of the Estate of s[d] Gibbs: & James Whetcomb Merchant them or either of them Defend[ts] according to attachm[t]

dat$^d$ 25$^o$ Iuly. 1678. The action being called, and the attachm$^t$ read, m$^r$ Curwin one of the Def$^{ts}$ produced a Letter of Attourny from Samuel Sheafe abovenamed of later date then the plaint$^s$ made to a third person, and thereupon moved for a nonSute; which was granted him by the Court: The plaint. appeal$^d$ from this Judgem$^t$ or Sentence unto the next Court of Assistants & gave Security for the prosecution of his Appeale to Effect.

[See Purkis v. Winder et al., p. 1002, below, and Records of Court of Assistants, i. 123.]